FILE COPY



# Fourth Court of Appeals

## San Antonio, Texas

May 31, 2022

No. 04-22-00082-CV

**IN THE INTEREST OF I.M.D., I.M.D., I.M.D., AND M.V.D.,** Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI18096
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On May 23, 2022, appellant filed her brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that pages 2 and 10 of the brief include sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9. Appellant's brief also violates Texas Rule of Appellate Procedure 38.1(k) because the brief does not include an appendix that contains a copy of the trial court's judgment or other appealable order from which relief is sought. TEX. R. APP. P. 38.1(k)(1)(A).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rules of Appellate Procedure 9.9 and 38.1 by **June 10, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court